UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br>Plaintiff,<br>v.<br>CHRISTINA STRONACH,<br>Defendant. | Case No.: 1:24-cv-00548-KES-SAB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>Docs. 13, 16 |

Plaintiff David W. Wilson is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2025, the Court issued an order requiring plaintiff to pay the $405 filing fee in full within thirty (30) days. Doc. 13. Plaintiff was warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. *Id.* at 3. On February 4, 2026, the court denied plaintiff's motions for reconsideration of the March 3, 2025 order and directed plaintiff to pay the filing fee in full within twenty-one (21) days. Doc. 16. Plaintiff was again warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. *Id.* at 3. Despite the Court's warnings, plaintiff has failed to pay the required filing fee and the deadline for him to do so has expired. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly, the Court ORDERS:

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee.
2. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: September 17, 2026

UNITED STATES DISTRICT JUDGE